```
 1  Daniel B. Clymo
    Attorney at Law
 2  Ca. St. Bar No. 214915
    1812 J Street, Suite 22
 3  Sacramento, CA  95814
    Telephone:  (916) 447-1200
 4
    Attorney for Defendant
 5  Javier Garcia

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )   CR NO. 2:07-CR-473 WBS
                                 )
11          Plaintiff,           )   STIPULATION AND
                                 )   [PROPOSED] ORDER CONTINUING
12      v.                       )   STATUS CONFERENCE DATE AND
                                 )   EXCLUDING TIME UNDER THE
13  Javier Garcia,               )   SPEEDY TRIAL ACT
                                 )   Date:  November 13, 2007
14          Defendant.           )   Time:  8:30 a.m.
    _____)   Judge: Hon. William B. Shubb
15
```

16       IT IS HEREBY stipulated between plaintiff United States of
17  America and defendant Javier Garcia, through their respective
18  counsel undersigned counsel, that the status conference be
19  **continued to December 10, 2007, at 8:30 a.m.**, thus **vacating** the
20  status conference now set for November 13, 2007.  The parties
21  request this continuance to allow defense counsel time to:  (1)
22  review discovery which will be produced shortly by the United
23  States; (2) conduct legal research and perform investigatory work
24  in support of the defense; and (3) consult with the defendant
25  about this case.
26       Counsel for the parties agreed that this is an appropriate
27  exclusion of time under the Speedy Trial Act within the meaning
28  of Title 18, United States Code § 3161(h)(8)(B)(iv) (reasonable

1

1  time for effective defense preparation) and Local Code T4 and
2  agree to excluded time from the date of the filing of the order
3  until the date status conference, December 10, 2007.
4
5  IT IS SO STIPULATED.
6  Dated: November 8, 2007          /s/ Daniel B. Clymo
                                    DANIEL B. CLYMO
7                                   Attorney for Defendant
                                    Javier Garcia
8
9                                   McGREGOR W. SCOTT
                                    United States Attorney
10
11 Dated: November 8, 2007       by:  /s/ Samuel Wong
                                    Samuel Wong
12                                  Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S 2:07-CR-473 WBS |
| Plaintiff, | |
| v. | ORDER TO CONTINUE STATUS CONFERENCE HEARING AND EXCLUSION OF SPEEDY TRIAL ACT TIME |
| Javier Garcia, | |
| Defendant. | |

The Court having received, read, and considered the parties' stipulation and GOOD CAUSE APPEARING therefrom, it is hereby ordered that the November 13, 2007 status conference be continued to December 10, 2007 at 8:30 a.m. The Court finds that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court finds that the failure to grant the requested continuance would deny the defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to December 10, 2007.

IT IS SO ORDERED.

Dated:   November 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE