Daniel B. Clymo
Attorney at Law
Ca. St. Bar No. 214915
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 447-1200

Attorney for Defendant
Javier Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR NO. 2:07-CR-473 WBS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS |
| v. | ) | CONFERENCE DATE AND |
| | ) | EXCLUDING TIME UNDER THE |
| JAVIER GARCIA, | ) | SPEEDY TRIAL ACT |
| | ) | Date:  December 10, 2007 |
| Defendant. | ) | Time:  8:30 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

   IT IS HEREBY stipulated between plaintiff United States of America and defendant Javier Garcia, through their respective undersigned counsel, that the presently set December 10, 2007, status conference be vacated and continued to January 22, 2008, at 8:30 a.m.  The parties request this continuance to allow defense counsel time to:  (1) review discovery which will be produced shortly by the United States; (2) conduct legal research and perform investigatory work in support of the defense; (3) consult with the defendant about this case; and (4) perform work necessary to evaluate defendant's competency to stand trial.

   Counsel for the parties agreed that this is an appropriate exclusion of time under the Speedy Trial Act within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (reasonable

1

1  time for effective defense preparation) and Local Code T4 and
2  agree to exclude time from the date of this stipulation, December
3  6, 2007, until the date of the new status conference, January 22,
4  2008.

6  IT IS SO STIPULATED.
7  Dated: December 6, 2007            /s/ Daniel B. Clymo
                                     DANIEL B. CLYMO
8                                    Attorney for Defendant
                                     Javier Garcia

10                                   McGREGOR W. SCOTT
                                     United States Attorney

12  Dated: December 6, 2007          by:  /s/ Samuel Wong
                                     SAMUEL WONG
13                                   Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  CR.S 2:07-CR-473 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE STATUS CONFERENCE HEARING AND EXCLUSION OF SPEEDY TRIAL ACT TIME |
| JAVIER GARCIA, | ) | |
| Defendant. | ) | |

The Court having received, read, and considered the parties' stipulation and GOOD CAUSE APPEARING therefrom, it is hereby ordered that the December 10, 2007, status conference be continued to January 22, 2008 at 8:30 a.m.  The Court finds that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The Court finds that the failure to grant the requested continuance would deny the defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence.  THEREFORE IT IS FURTHER ORDERED that time be excluded from computation of time within which the trial of this matter must be commenced, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, from December 6, 2007, to, and including, January 22, 2008.

IT IS SO ORDERED.

Dated:  December 7, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE