```
McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 2:07-CR-473 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | EXTEND TIME FOR 15-DAYS |
| v. ) | FOR MENTAL EXAMINATION OF |
| ) | DEFENDANT JAVIER GARCIA |
| JAVIER GARCIA, ) | PURSUANT TO 18 U.S.C. § 4241 |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | COURT:  Hon. William B. Shubb |

   Whereas, on January 29, 2008, the Court approved of the parties' stipulation and order directing that defendant Javier Garcia is referred to the Bureau of Prisons for a psychiatric or psychological examination for a reasonable period of time, not to exceed thirty days, unless extended by further Court order, and report in accordance with the provisions of 18 U.S.C. § 4247(b) and (c) to assist the Court in determining the defendant's mental competence; and

   Whereas, by letter to the Court (attached hereto as Exhibit 1) from Warden Paula M. Jarnecke, United States Department of Justice, Federal Bureau of Prisons, Metropolitan Correctional Center, San Diego, California, dated March 3, 2008, and filed with the Court on March 12, 2008, the warden requested an

1

additional fifteen days until, and including, March 31, 2008, to perform the psychiatric or psychological examination, and prepare and provide to the Court and the parties the report on defendant's mental competence, for the reasons stated in the letter,

It is hereby stipulated by and between the United States and Javier Garcia, through their respective counsel, subject to the approval of the Court, that the Bureau of Prisons shall have an additional fifteen days until, and including, March 31, 2008, to:

1. complete the psychiatric or psychological examination, and its report on defendant's mental competency; and
2. otherwise comply with the requirements of the Court's January 29, 2008, Order.

DATED:  March 20, 2008           McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Samuel Wong

                           By:   _____
                                 SAMUEL WONG
                                 Assistant U.S. Attorney

DATED:  March 20, 2008

                                 /s/ Daniel B. Clymo

                           By:   _____
                                 DANIEL B. CLYMO
                                 Attorney for defendant
                                 JAVIER GARCIA

<u>ORDER</u>

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court specifically finds that the additional time requested is necessary for the Bureau of Prisons to conduct its examination of defendant Javier Garcia's mental competency, report back to the Court and both counsel the Bureau's findings and recommendations.

DATED: March 20, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE