McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAVIER GARCIA, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CR. NO. 2:07-CR-473 WBS <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE MENTAL COMPETENCY OF DEFENDANT JAVIER GARCIA PURSUANT TO 18 U.S.C. § 4241 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> COURT:  Hon. William B. Shubb |

Whereas, there is presently set a hearing on May 12, 2008, at 8:30 a.m., to determine the mental competency of defendant Javier Garcia, pursuant to 18 U.S.C. § 4241(a);

Whereas, on or about March 27, 2008, the Bureau of Prisons sent to the Court three copies (one for the Court and one for each of the two parties) of its report regarding the mental competency examination that it performed on defendant Javier Garcia, instead of sending a copy of the report directly to counsel for each of the parties;

Whereas, respective counsel for the parties have only received the Bureau of Prisons' report within the past day or so; and

Whereas, the prosecutor desires additional time to review

1

1  the report and defense counsel desires additional time to review
2  the report with his client,
3       It is hereby stipulated by and between the United States and
4  Garcia, through their respective counsel, subject to the approval
5  of the Court, that:
6       1.   the hearing presently scheduled for May 12, 2008, shall
7  be continued until June 16, 2008, at 8:30 a.m.; and
8       2.   Time under the Speedy Trial Act shall continue to be
9  excluded from computation of time within which the trial of this
10 case must be commenced pursuant to 18 U.S.C. § 3161(h)(1)(A), and
11 18 U.S.C. § 3161(h)(8)(B)(vi), and Local Codes A (mental
12 competency determination) and T4 (preparation by both counsel).

DATED:  May 9, 2008            McGREGOR W. SCOTT
                               United States Attorney

                               /s/ Samuel Wong
                          By:  _____
                               SAMUEL WONG
                               Assistant U.S. Attorney

DATED:  May 9, 2008

                               /s/ Daniel B. Clymo
                          By:  _____
                               DANIEL B. CLYMO
                               Attorney for defendant
                               JAVIER GARCIA

ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court specifically finds that the additional time requested is necessary for the respective counsel for the parties to review the Bureau of Prisons' report on its examination of defendant Javier Garcia's mental competency, and prepare for the hearing before the Court.

DATED:  May 12, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE