Daniel B. Clymo
Attorney at Law
Ca. St. Bar No. 214915
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 447-1200

Attorney for Defendant
Javier Garcia

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 2:07-CR-473 WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JAVIER GARCIA, | |
| Defendant. | Date:  July 21, 2008<br>Time:  8:30 a.m.<br>Judge:  Hon. William B. Shubb |

IT IS HEREBY stipulated between plaintiff United States of America and defendant Javier Garcia, through their respective undersigned counsel, that the presently set July 21, 2008, status conference be vacated and continued to August 4, 2008, at 8:30 a.m.  The parties request this continuance to allow time for a plea agreement to be worked out.  In particular, defense counsel desires additional time to explain again to defendant the differences between safety valve sentencing and non-safety valve sentencing in this case where the statutory minimum mandatory sentence is ten years incarceration.

Respective counsel for the parties agreed that this is an appropriate exclusion of time under the Speedy Trial Act within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv)

1

1  (reasonable time for effective defense preparation) and Local
2  Code T4 and agree to exclude time from the date of this
3  stipulation, July 16, 2008, until the date of the new status
4  conference, August 4, 2008.
5
6  IT IS SO STIPULATED.
7  Dated: July 17, 2008              /s/ Daniel B. Clymo
                                     DANIEL B. CLYMO
8                                    Attorney for Defendant
                                     Javier Garcia
9

10                                   McGREGOR W. SCOTT
                                     United States Attorney
11

12 Dated: July 17, 2008        by:   /s/ Samuel Wong
                                     SAMUEL WONG
13                                   Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No.  CR.S 2:07-CR-473 WBS |
| Plaintiff,    ) | |
| v.    ) | ORDER TO CONTINUE STATUS CONFERENCE HEARING AND EXCLUSION OF SPEEDY TRIAL ACT TIME |
| JAVIER GARCIA,    ) | |
| Defendant.    ) | |

The Court having received, read, and considered the parties' stipulation and GOOD CAUSE APPEARING therefrom, it is hereby ordered that the July 21, 2008, status conference be continued to August 4, 2008 at 8:30 a.m.  The Court finds that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The Court finds that the failure to grant the requested continuance would deny the defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence. THEREFORE IT IS FURTHER ORDERED that time be excluded from computation of time within which the trial of this matter must be commenced, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, from July 17, 2008, to, and including, August 4, 2008.
IT IS SO ORDERED.

Dated:  July 18, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE