```
Daniel B. Clymo
Attorney at Law
Ca. St. Bar No. 214915
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 447-1200

Attorney for Defendant
Javier Garcia
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>         Plaintiff,              )<br>                                 )<br>    v.                           )<br>                                 )<br> JAVIER GARCIA,                  )<br>                                 )<br>         Defendant.              )<br>_____) | CR NO. 2:07-CR-473 WBS<br><br>STIPULATION AND<br>[~~PROPOSED~~] ORDER CONTINUING<br>STATUS CONFERENCE DATE AND<br>EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT<br>Date:   September 8, 2008<br>Time:   8:30 a.m.<br>Judge:  Hon. William B. Shubb |

IT IS HEREBY stipulated between plaintiff United States of America and defendant Javier Garcia, through their respective undersigned counsel, that the presently set September 8, 2008, status conference be vacated and continued to October 20, 2008, at 8:30 a.m.  The parties request this continuance to allow time for:  (1) a debriefing of Garcia to take place with investigators with the Tehama County Sheriff's Department and/or United States Forest Service; (2) the parties to negotiate a plea agreement; and (3) defense counsel to explain the ramifications of any proposed plea agreement to Garcia.

Counsel for the parties agreed that this is an appropriate exclusion of time under the Speedy Trial Act within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (reasonable

1

1  time for effective defense preparation) and Local Code T4 and
2  agree to exclude time from the date of this stipulation,
3  September 4, 2008, until the date of the new status conference,
4  October 20, 2008.
5
6  IT IS SO STIPULATED.
7  Dated: September 4, 2008          /s/ Daniel B. Clymo
                                    DANIEL B. CLYMO
8                                   Attorney for Defendant
                                    Javier Garcia
9
10                                  McGREGOR W. SCOTT
                                    United States Attorney
11
12 Dated: September 4, 2008     by: /s/ Samuel Wong
                                    SAMUEL WONG
13                                  Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAVIER GARCIA,<br><br>　　　　　Defendant.<br>_____ | ) Case No.  CR.S 2:07-CR-473 WBS<br>)<br>)<br>)<br>) ORDER TO<br>) CONTINUE STATUS CONFERENCE<br>) HEARING AND EXCLUDE<br>) SPEEDY TRIAL ACT TIME<br>)<br>) |

　　　The Court having received, read, and considered the parties' stipulation and GOOD CAUSE APPEARING therefrom, it is hereby ordered that the September 8, 2008, status conference be continued to October 20, 2008 at 8:30 a.m.  The Court finds that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The Court finds that the failure to grant the requested continuance would deny the defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence.  THEREFORE IT IS FURTHER ORDERED that time be excluded from computation of time within which the trial of this matter must be commenced, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, from the date of the stipulation, September 4, 2008 to, and including, October 20, 2008.

3

IT IS SO ORDERED.

Dated: September 4, 2008

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE