McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 2:07-CR-473 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | [PROPOSED] ORDER CONTINUING |
| v. ) | STATUS CONFERENCE DATE AND |
| ) | EXCLUDING TIME UNDER THE |
| JAVIER GARCIA, ) | SPEEDY TRIAL ACT |
| ) | Date:   December 1, 2008 |
| Defendant. ) | Time:   8:30 a.m. |
| _____) | Judge:  Hon. William B. Shubb |

    IT IS HEREBY stipulated between plaintiff United States of America and defendant Javier Garcia, through their respective undersigned counsel, that the presently set December 1, 2008, status conference shall be vacated and continued to January 5, 2009, at 8:30 a.m.  The parties request this continuance to allow time for: (1) newly appointed counsel, Kathryn Kohlman Druliner to further review the facts of this case, conduct further legal research, and further communicate with her client regarding possible defenses. Defense counsel represents that she has been delayed in completing this work because she has been involved in a state trial since October 29, 2008, and has been unavailable to perform all of the

necessary work on this case.

It is further stipulated that the period from the date of this stipulation, November 26, 2008, up to and including January 5, 2009, shall be excluded from the computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of counsel and preparation of defense counsel.

Dated:   November 26, 2008

                                         /s/ Kathryn K. Druliner
                                      KATHRYN K. DRULINER
                                      Attorney for Defendant
                                      Javier Garcia
                                      (per email authorization)

                                      McGREGOR W. SCOTT
                                      United States Attorney

                           By:     /s/ Samuel Wong
                                      SAMUEL WONG
                                      Assistant U.S. Attorney

_____

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 1, 2008, shall be continued to January 5, 2009, at 8:30 p.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant continuity of counsel and defense counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of the parties' stipulation, November 26, 2008, to and including, the January 5, 2009, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, for continuity of defense counsel and to allow defense counsel time to prepare.

Dated:   November 26, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3