LAWRENCE G. BROWN
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 2:07-CR-473 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | [PROPOSED] ORDER CONTINUING |
| v. ) | STATUS CONFERENCE DATE AND |
| ) | EXCLUDING TIME UNDER THE |
| JAVIER GARCIA, ) | SPEEDY TRIAL ACT |
| ) | Date: March 9, 2009 |
| Defendant. ) | Time: 8:30 a.m. |
| _____) | Judge: Hon. William B. Shubb |

IT IS HEREBY stipulated between plaintiff United States of America and defendant Javier Garcia, through their respective undersigned counsel, that the presently set March 9, 2009, status conference shall be vacated and continued to May 11, 2009, at 8:30 a.m. The parties request this continuance to allow time for defense counsel to further review and investigate the facts of this case, conduct further legal research on the applicable sentencing guidelines and conspiracy law, and further communicate with her client regarding possible defenses. In addition, defense counsel desires to review additional discovery produced by the United States on February 13, 2009, with her client, consider additional field investigation in the marijuana garden

1

(now snow-covered) involved in this case when the weather and ground conditions improve, and discuss with her client the United States' proposed resolution of this case.

It is further stipulated that the period from the date of this stipulation, March 5, 2009, up to and including May 11, 2009, shall be excluded from the computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of defense counsel.

Dated:  March 5, 2009

/s/ Kathryn K. Druliner
KATHRYN K. DRULINER
Attorney for Defendant
Javier Garcia
(per telephone authorization)

LAWRENCE G. BROWN
Acting United States Attorney

By:   /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

_____

| | |
|---|---|
| 1 | ORDER |
| 2 | UPON GOOD CAUSE SHOWN and the stipulation of all parties, it |
| 3 | is ordered that the status conference presently set for March 9, |
| 4 | 2009, shall be continued to May 11, 2009, at 8:30 p.m.  Based on |
| 5 | the stipulation and good cause appearing therefrom, the Court |
| 6 | hereby finds that the failure to grant a continuance in this case |
| 7 | would deny defense counsel reasonable time necessary for |
| 8 | effective preparation, taking into account the exercise of due |
| 9 | diligence.  The Court finds that the ends of justice to be served |
| 10 | by granting the requested continuance outweigh the best interests |
| 11 | of the public and the defendant in a speedy trial.  It is ordered |
| 12 | that time from the date of the parties' stipulation, March 5, |
| 13 | 2009, to and including, the May 11, 2009, status conference shall |
| 14 | be excluded from computation of time within which the trial of |
| 15 | this matter must be commenced under the Speedy Trial Act, |
| 16 | pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, to |
| 17 | allow defense counsel time to prepare. |
| 19 | Dated:   March 9, 2009 |

_[Signature: William B. Shubb]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE