1  LAWRENCE G. BROWN
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   No. 2:07-CR-473 WBS
                                )
12         Plaintiff,           )
                                )   STIPULATION AND ORDER TO
13    v.                        )   CONTINUE TRIAL DATE
                                )
14 JAVIER GARCIA,               )
                                )
15         Defendant.           )
                                )
16 _____)

17      Whereas, there is presently a trial set in this case for
18 September 1, 2009;
19      Whereas, defendant Javier Garcia desires to utilize the
20 services of Chris Conrad as a consultant and as a defense expert
21 witness at trial in this marijuana manufacturing case;
22      Whereas, defense counsel did not reserve Mr. Conrad for the
23 September 1, 2009, trial date because it appeared that Garcia was
24 going to plead guilty on August 3, 2009, which attempted change
25 of plea fell through;
26      Whereas, Mr. Conrad is unavailable to assist the defense or
27 testify as an expert if the trial remains on September 1, 2009;
28      Whereas, defense counsel has another trial set for September

15, 2009, for which she must prepare and which would prevent her from preparing for the trial in the instant case for Garcia; and

    Whereas, Garcia desires a continuance of the September 1, 2009, trial date to allow him to retain the services of Mr. Conrad and allow Garcia's counsel time to prepare for trial,

    It is hereby stipulated by and between the United States and Garcia, through their respective counsel, that the presently set trial date of September 1, 2009, be continued until October 27, 2009 at 9:00 a.m., or any mutually convenient date thereafter.

    It is further stipulated that time from August 13, 2009, through and including October 27, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B)(iv) and Local Code T4 [continuity of counsel and reasonable time for defense counsel to prepare].

DATED:  August 14, 2009        LAWRENCE G. BROWN
                                     United States Attorney

                                       /s/ Samuel Wong
                             By: _____
                                    SAMUEL WONG
                                    Assistant U.S. Attorney

DATED:  August 14, 2009

                                     /s/ Kathryn Druliner
                             By: _____
                                    KATHRYN DRULINER
                                    Attorney for defendant
                                    Javier Garcia

ORDER

Good cause appearing from the parties' stipulation, the Court hereby adopts the parties' stipulation in its entirety as its order.

Time is excluded from the date of the parties' stipulation, August 13, 2009, through and including October 27, 2009, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [continuity of counsel and reasonable time for defense counsel to prepare] and Local Code T4. The Court finds that the failure to grant a continuance in this case would deny defendant continuity of counsel and defense counsel reasonable time necessary for effective preparation of her client's case, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and defendant in a speedy trial.

It is so ordered.

DATED:  August 14, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE