UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,           NO. CR. 07-473 WBS

      Plaintiff,                ORDER

   v.

JAVIER GARCIA,

      Defendant.
_____/

      Having read and considered the government's motion to amend this court's Findings of Fact, Conclusions of Law, and Order Re: Motion to Supress, filed June 26, 2009, having further considered the Opposition to the motion filed on behalf of the defendant and the government's reply thereto, the court finds no reason to change its factual findings or otherwise amend its order.  The motion to amend is therefore DENIED.

DATED: February 4, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1